# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| JUSTIN MICHAEL CREDICO, | : | 101 MAP 2016 |
| | : | |
| Appellant | : | |
| | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 410 MD 2015 |
| v. | : | dated 9/16/16, exited 9/19/16 |
| | : | |
| | : | |
| SOLICITOR GENERAL OF U.S., | : | |
| GOVERNOR OF PA, ATTORNEY | : | |
| GENERAL OF PA, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  April 26, 2017**

**AND NOW**, this 26th day of April, 2017, the Order the Commonwealth Court is hereby AFFIRMED.